UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
QCH088

| | |
|---|---|
| IN RE:<br><br>BARBARA SMITH<br><br>    Debtor. | Chapter 13<br><br>Case No. 10-22432 RDD<br><br>**NOTICE OF APPEARANCE AND**<br>**REQUEST FOR SERVICE OF PAPERS** |

    PLEASE TAKE NOTICE that the firm FEIN, SUCH & CRANE, LLP is appearing for the following party in the above named bankruptcy case:

CHASE HOME FINANCE, LLC.

    This party is a party in interest in this case and is a secured creditor of the Debtor:

BARBARA SMITH

    Pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned hereby requests that all notices given or requested to be given and all papers served or required to be served in this case be given to and served upon the undersigned at the address listed above.

Dated: March 15, 2010

                      FEIN, SUCH & CRANE, LLP
                      Attorneys for Applicant

        By:  <u>/S/TAMMY TERRELL BENOZA, ESQ.</u>
              TAMMY TERRELL BENOZA, ESQ.
              (TT-4062)
              747 CHESTNUT RIDGE RD, STE 200
              CHESTNUT RIDGE, NY 10977
              845/371-4700
              and
              7 CENTURY DRIVE, SUITE 201
              PARSIPPANY, NEW JERSEY 07054
              973/538-4700